UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RALPH JONES**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 97-3852** |
| **N. BURL CAIN, ET AL.**<br>    **Defendants** | **SECTION: "E" (2)** |

## ORDER

On January 6, 2016, the Court issued an order appointing Nicholas Trenticosta to represent Petitioner Ralph Jones in this case.[1] The Order did not indicate whether Mr. Trenticosta would represent Petitioner throughout this matter or whether Mr. Trenticosta would represent Petitioner only for a limited portion of the case.

The Court now issues this Order to clarify that Mr. Trenticosta is appointed to represent Petitioner specifically with respect to Petitioner's objections to the magistrate judge's report and recommendations,[2] Petitioner's Rule 60(b) motion,[3] his motion to reconsider,[4] and the issue of whether Petitioner was entitled to equitable tolling of the one-year limitations period of the Antiterrorism and Effective Death Penalty Act of 1996[5] ("AEDPA").[6]

**New Orleans, Louisiana, this 6th day of January, 2016.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 26.
[2] R. Doc. 24.
[3] R. Doc. 15.
[4] R. Doc. 11.
[5] 28 U.S.C. § 2244(d).
[6] Mr. Trenticosta has generously volunteered to represent Mr. Jones pro bono for the purposes listed in this Order. Mr. Trenticosta may file a motion to withdraw as counsel for Mr. Jones after the Court issues a ruling on Mr. Jones' Rule 60(b) motion. R. Doc. 15.